**Dr. Die K. BLAISE, Pharm. D, Plaintiff-Appellant,**

v.

**Dr. Sandra HARRIS, Pharm. D; Vibra Hospital of Richmond, Defendants-Appellees.**

**No. 17-1377**

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2017

Decided: July 31, 2017

**138**

Die K. Blaise, Appellant Pro Se. Kevin D. Holden, JACKSON LEWIS PC, Richmond, Virginia, for Appellee.

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Die K. Blaise appeals the district court's orders denying relief on his civil employment action. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Blaise v. Harris*, No. 3:16-cv-00023-REP, 2017 WL 889622 , 2016 WL 4265748(E.D. Va., Aug. 11, 2016 & Mar. 6, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*